UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD STRAWN, <br> Petitioner, <br> v. <br> S. HATTON, Warden, <br> Respondent. | Case No. 17-cv-06711-HSG (PR) <br><br> **ORDER OF TRANSFER** |

In this federal habeas action, petitioner James Edward Strawn challenges his conviction in the Shasta County Superior Court, which lies within the venue of the United States District Court for the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(a)-(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: 12/11/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge