UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD STRAWN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>S. HATTON,<br><br>　　　　Respondent. | No. 2: 17-cv-2599 JAM KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2020, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied; and

3. Petitioner's motion for certificate of appealability referenced in 28 U.S.C. § 2253 (ECF No. 21) is denied.

DATED: March 24, 2020

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____　_____

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1